B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Eastern District of Texas
Case No. **14–41334**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Tom Greineder
501 1/2 W. Main
Honey Grove, TX 75446

Theresa Greineder
501 1/2 Main
Honey Grove, TX 75446

Social Security No.:
xxx−xx−1518

xxx−xx−6114

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 9/17/14

Brenda T. Rhoades
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**EXPLANATION OF BANKRUPTCY DISCHARGE
IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Texas

In re:                                                                  Case No. 14-41334-btr
Tom Greineder                                                           Chapter 7
Theresa Greineder
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0540-4          User: childsj          Page 1 of 2          Date Rcvd: Sep 17, 2014
                              Form ID: B18           Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2014.
```
db/jdb       +Tom Greineder,    Theresa Greineder,   501 1/2 W. Main,    Honey Grove, TX 75446-1506
6777659      +Allied Interstate, LLC,    P O Box 361774,    Columbus, OH 43236-1774
6777664      +Attorney General of Texas,    Box 12548, Capital Station,    Austin, Texas 78711-2548
6777668       Bill Me Later,    P O Box 105658,    Atlanta, GA 30348-5658
6777671      +Clear Digital Media Inc.,    31102 Desert View Court,    Menifee, CA 92584-7661
6777672      +Comcast,   1131 S. Duke St.,    Lancaster, PA 17602-4660
6777675      +Eastern Account Systems,    75 Glenn Road, Ste 110,    Sandy Hook, CT 06482-1175
6777676      +Fannin County AD,    831 W. State Hwy 56,    Bonham, Texas 75418-3799
6777679     #+Freedom Road Financial,    10605 Double R Blvd, Ste 100,    Reno, Nevada 89521-8920
6777680      +Gary C. Cooke,   149 East 23rd Street, Ste 1148,    New York, NY 10010-3765
6777687      +J. A. Cambece,   200 Cummings Center, Ste 173-D,    Beverly, MA 01915-6190
6777691      +MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
6777690      +Michale A. Moss, Moss Law Firm,    P O Box 65020,    Lubbock, TX 79464-5020
6777693      +P. Scott Lowery, PC,   5680 Greenwood Plaza Blvd. Ste 500,    Greenwood Village, CO 80111-2415
6777699       PPL Electric Unitilities Corp.,    c/o Solomon and Solomon, P.C.,    P O Box 15019,
               Albany, NY 12212-5019
6777694       Pitney Bowes - Purchase Power,    c/o Caine & Weiner,   P O Box 5010,
               Woodland Hills, CA 91365-5010
6777695       Pitney Bowes Inc.,    P O Box 371896,    Pittsburgh, PA 15250-7896
6777696      +Pitney Bowes Purchase Power,    P O Box 371874,    Pittsburgh, PA 15250-7874
6777700       Professional Recovery Services,    P O Box 1880,    Voorhees, NJ 08043-7880
6777701      +Receivables Performance,    20816 44th Ave. West,    Lynwood, WA 98036-7744
6777702      +Rue Education/Edu Lend, LLC,    2649 Gult to Bay Blvd.,    Clearwater, FL 33759-4936
6777704       Select Security,    P O Box 1707,    Lancaster, PA 17608-1707
6777705      +Susquehanna OMS,    2241 Eastern Blvd, Ste 102,    York, PA 17402
6777709       United Recovery Systems,    500 North Course Drive,    Houston, TX 77072
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            EDI: QMHCHOW.COM Sep 18 2014 01:13:00      Michelle Chow,   PO Box 601389,
               Dallas, TX  75360-1389
cr           +EDI: BANKAMER.COM Sep 18 2014 01:13:00      BANK OF AMERICA,    4161 PIEDMONT PKWY,
               NC4-105-02-99,    PO BOX 26012,   GREENSBORO, NC 27420-6012
cr            E-mail/Text: bknotice@crgofusa.com Sep 18 2014 01:27:07
               FreedomRoad Financial c/o Capital Recovery-920016,    PO Box 29426,   Phoenix, AZ  85038-9426
cr            EDI: BL-TOYOTA.COM Sep 18 2014 01:13:00      Toyota Motor Credit Corporation,    P.O. Box 3001,
               Malvern, PA  19355-0701
6777662       EDI: CINGMIDLAND.COM Sep 18 2014 01:13:00      AT&T Mobility,   P O Box 536216,
               Atlanta, GA 30353-6216
6777663       EDI: IIC9.COM Sep 18 2014 01:13:00      AT&T Mobility,   c/o IC System,   P O Box 64437,
               St. Paul, MN 55164-0437
6777658      +E-mail/Text: support@amscollections.com Sep 18 2014 01:26:05      Allen Maxwell & Silver,
               190 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2533
6777660      +EDI: AMEREXPR.COM Sep 18 2014 01:13:00      American Express,   P O Box 981537,
               El Paso, TX 79998-1537
6777661       EDI: AMEREXPR.COM Sep 18 2014 01:13:00      American Express,   PO Box 26312,
               Lehigh Valley, PA 18002-6312
6777666       EDI: BANKAMER.COM Sep 18 2014 01:13:00      Bank of America,   P O Box 982235,
               El Paso, Texas 79998-2235
6777665      +EDI: BANKAMER.COM Sep 18 2014 01:13:00      Bank of America,   9000 Southside Blvd. Bldg. 600,
               Jacksonville, FL 32256-0789
6777667      +EDI: TSYS2.COM Sep 18 2014 01:13:00      Barclays Bank Delaware,    700 Prides Crossing,
               Newark, DE 19713-6102
6777669      +EDI: STFC.COM Sep 18 2014 01:13:00      Cach, LLC,   4340 S. Monaco St., Unit 2,
               Denver, Colorado 80237-3408
6777670       E-mail/Text: cms-bk@cms-collect.com Sep 18 2014 01:26:21      Captal Management Services, LP,
               698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
6777673      +E-mail/PDF: jamiep@simmassociates.com Sep 18 2014 01:31:37      Comenity Capital Bank,
               c/o Simm Associates, Inc.,    800 Pencader Drive,   Newark, DE 19702-3354
6777674       EDI: CCS.COM Sep 18 2014 01:13:00      Credit Collection Services,    P O Box 55126,
               Boston, Maine 02205-5126
6777677       E-mail/Text: data_processing@fin-rec.com Sep 18 2014 01:26:21      Financial Recovery Services,
               P O Box 385908,    Minneapolis , MN 55438-5908
6777681      +EDI: RMSC.COM Sep 18 2014 01:13:00      GE Capital/Pay Pal Smart,    P O Box 965005,
               Orlando, FL 32896-5005
6777682       EDI: RMSC.COM Sep 18 2014 01:13:00      GE Money Bank/Care Credit,   P O Box 965036,
               Orlando, Florida 32896-5036
6777683      +EDI: RMSC.COM Sep 18 2014 01:13:00      GE/Amazon,   P O Box 965015,   Orlando, FL 32896-5015
6777684      +E-mail/Text: bankruptcy-notification@google.com Sep 18 2014 01:26:01      Google Ad Words,
               1600 Ampitheater Parkway,    Mountain View, CA 94043-1351
6777685      +EDI: CITICORP.COM Sep 18 2014 01:13:00      Home Depot/Citibank,   P O Box 6497,
               Sioux Falls, SD 57117-6497
6777686      +EDI: IRS.COM Sep 18 2014 01:13:00      Internal Revenue Service,   P. O. Box 7346,
               Philadelphia, Pennsylvania 19101-7346
```

```
District/off: 0540-4          User: childsj            Page 2 of 2                  Date Rcvd: Sep 17, 2014
                              Form ID: B18             Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
6777688        EDI: LEADINGEDGE.COM Sep 18 2014 01:13:00     Leading Edge Recovery Solutions LLC,
               P O Box 129,   Linden, Michigan 48451-0129
6777689       +E-mail/Text: bknotices@mbandw.com Sep 18 2014 01:27:01      McCarthy, Burgess & Wolff,
               26000 Cannon Road,   Cleveland,, OH 44146-1807
6777692       +E-mail/Text: wguerrero@ncsplus.com Sep 18 2014 01:26:19      NCSPlus Incorporated,
               117 East 24th Street,   5th Floor,   New York, NY 10010-2937
6777697        EDI: PRA.COM Sep 18 2014 01:13:00     Portfolio Recovery,
               for U.S. Bank National Association ND,   P O Box 12914,   Norfolk, Virginia 23591
6777698        EDI: PRA.COM Sep 18 2014 01:13:00     Portfolio Recovery Associates, LLC,   P O Box 12914,
               Norfolk, VA 23541
6777703        EDI: SEARS.COM Sep 18 2014 01:13:00     Sears Bankruptcy Recovery,   P O Box 20363,
               Kansas City, Missouri 64195-0363
6777706        E-mail/Text: pacer@cpa.state.tx.us Sep 18 2014 01:27:09
               Texas Comptroller of Public Accounts,   PO Box 13528,   Austin, Texas 77811-3528
6777707       +E-mail/Text: ridpacer@twc.state.tx.us Sep 18 2014 01:27:11     Texas Workforce Commission,
               TWC Bldg - Tax Dept.,   Austin, Texas 78778-0001
6777708       +EDI: TFSR.COM Sep 18 2014 01:13:00     Toyota Motor Credit,   240 Gibraltar Rd., Ste 260,
               Horsham, PA 19044-2387
6808893        EDI: BL-TOYOTA.COM Sep 18 2014 01:13:00     Toyota Motor Credit Corporation,
               c/o Becket and Lee LLP,   POB 3001,   Malvern  PA 19355-0701
6777710       +EDI: WFNNB.COM Sep 18 2014 01:13:00     Victoria's Secret,   Comenity Bank,   P O Box 182125,
               Columbus, Ohio 43218-2125
                                                                                              TOTAL: 34

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6777678*       Financial Recovery Services,   P O Box 385908,   Minneapolis, MN 55438-5908
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2014 at the address(es) listed below:
NONE.                                                                                             TOTAL: 0